**Clarence A. BRANCH, Plaintiff-Appellant,**

v.

**U.S. ATTORNEY GENERAL, Defendant-Appellee.**

No. 17-2292

United States Court of Appeals, Fourth Circuit.

Submitted: February 22, 2018

Decided: February 26, 2018

Clarence Branch, Appellant Pro Se.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence A. Branch seeks to appeal the district court's order dismissing his complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than 60 days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered on the docket on June 2, 2014. The notice of appeal was filed on November 3, 2017. Because Branch failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before this court and argument would not aid the decisional process.

*DISMISSED*